Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Zelzah Delgadillo                                      JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ZELZAH DELGADILLO, | ) Case No.:  **CV 13-9255-FMO (VBK)** |
| | ) |
| Plaintiff, | ) ~~/PROPOSED/~~ ORDER OF |
| | ) DISMISSAL |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

        The above captioned matter is dismissed with prejudice, each party to bear

its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:    February 10, 2014

                                        /s/
                        THE HONORABLE VICTOR B. KENTON
                        UNITED STATES MAGISTRATE JUDGE

-1-